# EXHIBIT C





**2015**

**Limited Warranty and
Owner Assistance Information**



chevrolet.com

IMPORTANT: This booklet contains important information about the vehicle's warranty coverage. It also explains owner assistance information and GM's participation in an Alternative Dispute Resolution Program.

Keep this booklet with your vehicle and make it available to a Chevrolet dealer if warranty work is needed. Be sure to keep it with your vehicle if you sell it so future owners will have the information.

| | |
|---|---|
| Owner's Name: | |
| Street Address: | |
| City & State: | |
| Vehicle Identification Number (VIN): | |
| Date Vehicle First Delivered or Put In Use: | |
| Odometer Reading on Date Vehicle First Delivered or Put In Use: | |

© 2014 Chevrolet Motor Division, General Motors LLC. All rights reserved. Printed in the U.S.A. GENERAL MOTORS, GM, CHEVROLET, and the CHEVROLET emblem are registered trademarks of General Motors LLC.

Part No. 22885404  B Second Printing

# 2015 Chevrolet Limited Warranty and Owner Assistance Information

Important Message to Owners... ....................... 1
GM's Commitment .............. 1
Owner Assistance ................ 1
GM Participation in an Alternative Dispute Resolution Program ... 1
Warranty Service– United States, Canada, and Mexico ........... 1

Warranty Coverage at a Glance ......................... 2
New Vehicle Limited Warranty ... 2
Emission Control System Warranty ....................... 2

New Vehicle Limited Warranty ....................... 4
What Is Covered ................ 4
What Is Not Covered .......... 10
Chevrolet Spark EV Specific Coverage .................... 13
Spark EV Coverage ........... 14
Impala eAssist® and Malibu Eco with eAssist® Coverage ...... 15

What Is Not Covered .......... 16
Volt-Specific Warranty ......... 16
What Is Covered ............. 17
Chevrolet Volt Coverage ....... 17
What Is Not Covered .......... 18

Things to Know About the New Vehicle Limited Warranty .... 19
Warranty Repairs – Component Exchanges ................... 19
Warranty Repairs – Recycled Materials ...................... 19
Tire Service .................... 19
6.6L Duramax Diesel Engine Components ................. 19
Aftermarket Engine Performance Enhancement Products and Modifications ... 20
After-Manufacture "Rustproofing" ................ 20
Paint, Trim, and Appearance Items .......................... 20

Vehicle Operation and Care ... 21
Maintenance and Warranty Service Records .............. 21
Chemical Paint Spotting ....... 21
Warranty Coverage – Extensions .................... 21
Warranty Service — Foreign Countries ..................... 22
Permanent Relocation ......... 22
Original Equipment Alterations .................... 22
Recreation Vehicle and Special Body or Equipment Alterations .................... 23
Pre-Delivery Service ........... 23
Production Changes ........... 23
Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only ................. 24

# 2015 Chevrolet Limited Warranty and Owner Assistance Information

Emission Control Systems

Warranty ....................... 25
What Is Covered ............... 25
How to Determine the
Applicable Emissions Control
System Warranty ............. 25
Federal Emission Control
System Warranty ............. 25
California Emission Control
System Warranty ............. 27

Emission Warranty

Parts List ...................... 30
Replacement Parts ............ 33
Maintenance and Repairs ...... 34
Claims Procedure .............. 35

Customer Satisfaction

Procedure .................... 36

State Warranty

Enforcement Laws ........... 38

Warranty Information for

California Only ............... 39

Special Coverage Adjustment

Programs Beyond the Warranty
Period ........................ 40

Customer Assistance

Offices ........................ 41

Customer Assistance for Text

Telephone (TTY) Users ....... 42

Roadside Assistance

Program ...................... 43

Courtesy Transportation

Program ...................... 44

## GM's Commitment

GM is committed to ensuring satisfaction with your new vehicle.

Your dealer also wants you to be completely satisfied and invites you to return for all your service needs, both during and after the warranty period.

## Owner Assistance

The dealer is best equipped to provide all your vehicle's service needs. Should you ever encounter a problem that is not resolved during or after the limited warranty period, talk to a member of dealer management. Under certain circumstances, GM and/or GM dealers may provide assistance after the limited warranty period has expired when the problem results from a defect in material or workmanship. These instances will be reviewed on a case-by-case basis. If the issue has not been resolved to your satisfaction, follow the Customer Satisfaction Procedure on page 36.

We thank you for choosing GM.

## GM Participation in an Alternative Dispute Resolution Program

See Customer Satisfaction Procedure on page 36 for information on the voluntary, non-binding Alternative Dispute Resolution Program in which GM participates.

## Warranty Service– United States, Canada, and Mexico

The selling dealer has invested in the proper tools, training, and parts inventory to ensure that any necessary warranty repairs can be made to your GM vehicle. GM requests that the vehicle be returned to the selling dealer for all warranty repairs. If a situation or event occurs where you are significantly inconvenienced, an authorized GM dealer can make the warranty repairs. However, in the event the dealer is not able to perform the repair due to the special tool and training requirements, contact the Customer Assistance Offices on page 41. If you are unable to return to the selling dealer, contact a GM dealer in the United States, Canada or Mexico for warranty service.

## 2    Warranty Coverage at a Glance

The warranty coverages are summarized below.

### New Vehicle Limited Warranty

#### Bumper-to-Bumper (Includes Tires)

*   Coverage is for the first 3 years or 36,000 miles, whichever comes first.

#### Powertrain

*   Coverage is for the first 5 years or 100,000 miles, whichever comes first.

#### Sheet Metal

*   Corrosion coverage is for the first 3 years or 36,000 miles, whichever comes first.
*   Rust-through coverage is for the first 6 years or 100,000 miles, whichever comes first.

### Emission Control System Warranty

For light duty trucks, see How to Determine the Applicable Emissions Control Systems Warranty under Emission Control Systems Warranty on page 25 for more information.

#### Federal

*   Gasoline Engines and Car Diesel Engines

    -   Defects and performance for cars and light duty truck emission control systems are covered for the first 2 years or 24,000 miles, whichever comes first. From the first 2 years or 24,000 miles to 3 years or 36,000 miles defects in material or workmanship continue to be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage explained previously.

Specified major components are covered for the first 8 years or 80,000 miles, whichever comes first.

    -   Defects and performance for heavy duty truck emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

*   6.6L Duramax® Diesel Engines are covered for the first 5 years or 50,000 miles, whichever comes first.

#### California

*   Gasoline Engines and Car Diesel Engines

    -   Defects and performance for cars and trucks with light duty or medium duty emission control systems are covered for the first 3 years or 50,000 miles, whichever comes first.

- Specified components for cars or light duty trucks equipped with light duty or medium duty truck emission control systems are covered for the first 7 years or 70,000 miles, whichever comes first.

- 6.6L Duramax Diesel Engines

  - Defects and performance for the emission control systems are covered for the first 5 years or 50,000 miles, whichever comes first.

  - Specified components for the emission control system are covered for the first 7 years or 70,000 miles, whichever comes first.

Important: Some California emission vehicles may have special coverages longer than those listed here. See "California Emission Control System Warranty" under Emission Control Systems Warranty on page 25.

Noise Emissions

- Coverage is for applicable vehicles weighing over 10,000 lbs based on the Gross Vehicle Weight Rating (GVWR) only, for the entire life of the vehicle.

## 4    New Vehicle Limited Warranty

GM will provide for repairs to the vehicle during the warranty period in accordance with the following terms, conditions, and limitations.

### What Is Covered

### Warranty Applies

This warranty is for GM vehicles registered in the United States and normally operated in the United States or Canada, and is provided to the original and any subsequent owners of the vehicle during the warranty period.

### Repairs Covered

The warranty covers repairs to correct any vehicle defect, not slight noise, vibrations, or other normal characteristics of the vehicle related to materials or workmanship occurring during the warranty period. Needed repairs will be performed using new, remanufactured, or refurbished parts.

### No Charge

Warranty repairs, including towing, parts, and labor, will be made at no charge.

### Obtaining Repairs

To obtain warranty repairs, take the vehicle to a Chevrolet dealer facility within the warranty period and request the needed repairs. Reasonable time must be allowed for the dealer to perform necessary repairs.

### Warranty Period

The warranty period for all coverages begins on the date the vehicle is first delivered or put in use and ends at the expiration of the coverage period.

### Bumper-to-Bumper Coverage

The complete vehicle is covered for 3 years or 36,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

### Powertrain Component Warranty Coverage

The powertrain is covered for 5 years or 100,000 miles, whichever comes first, except for other coverages listed here under "What Is Covered" and those items listed under "What Is Not Covered" later in this section.

Engine Coverage includes: All internally lubricated parts, engine oil cooling hoses and lines. Also included are all actuators and electrical components internal to the engine (e.g., Active Fuel Management Valve Lifter Oil Manifold) cylinder head, block, timing gears, timing chain, timing cover, oil pump/oil pump housing, OHC carriers, valve covers, oil pan, seals, gaskets, manifolds, flywheel, water pump, harmonic balancer, engine mount, turbocharger, and supercharger. Timing belts, and other associated components required in the timing belt service replacement procedure are covered until the first scheduled maintenance interval.

Exclusions: Excluded from the powertrain coverage are sensors, wiring, connectors, engine radiator, coolant hoses, coolant, and heater core. Coverage on the engine cooling system begins at the inlet to the water pump and ends with the thermostat housing and/or outlet that attaches to the return hose. Also excluded is the starter motor, entire pressurized fuel system (in-tank fuel pump, pressure lines, fuel rail(s), regulator, injectors, and return line) as well as the Engine/ Powertrain Control Module and/or module programming.

Transmission/Transaxle Coverage includes: All internally lubricated parts, case, torque converter, mounts, seals, and gaskets as well as any electrical components internal to the transmission/ transaxle. Also covered are any actuators directly connected to the transmission (slave cylinder, etc.).

Exclusions: Excluded from the powertrain coverage are transmission cooling lines, hoses, radiator, sensors, wiring, and electrical connectors. Also excluded are the clutch and pressure plate as well as any Transmission Control Module and/or module programming.

## 6    New Vehicle Limited Warranty

Transfer Case Coverage includes: All internally lubricated parts, case, mounts, seals, and gaskets as well as any electrical components internal to the transfer case. Also covered are any actuators directly connected to the transfer case as well as encoder motor.

Exclusions: Excluded from the powertrain coverage are transfer case cooling lines, hoses, radiator, sensors, wiring, and electrical connectors as well as the transfer case control module and/or module programming.

Drive Systems Coverage includes: All internally lubricated parts, final drive housings, axle shafts and bearings, constant velocity joints, propeller shafts and universal joints. All mounts, supports, seals, and gaskets as well as any electrical components internal to the drive axle. Also covered are any actuators directly connected to the drive axle (e.g., front differential actuator).

Exclusions: Excluded from the powertrain coverage are all wheel bearings, drive wheel front and rear hub bearings, locking hubs, drive system cooling, lines, hoses, radiator, sensors, wiring, and electrical connectors related to drive systems as well as any drive system control module and/or module programming.

Tire Coverage

The tires supplied with your vehicle are covered by General Motors against defects in material or workmanship under the bumper-to-bumper warranty coverage. Wear-out is not considered a defect, and it may occur before the vehicle warranty expires. In this case, the owner is responsible to purchase replacement tires, or seek coverage solely from the tire manufacturer. For vehicles within the bumper-to-bumper warranty coverage, defective tires will be replaced on a prorated adjustment basis according to the following mileage-based schedule:

| Mileage | Replacement Percentage Covered by GM |
|---------|--------------------------------------|
| 0-12,000 | 100% |
| 12,001-36,000 | Sliding scale starting at 67% at 12,001, proportionately falling (1.96%/1,000 miles) to 20% at 36,000 miles |
| 36,001-50,000 | 20% (Buick and Cadillac Only) |
| 36,001+ | 0% (Chevrolet and GMC Only) |
| 50,001+ | 0% (Buick and Cadillac Only) |

Examples:

| Miles | Coverage |
|-------|----------|
| 6,000 | 100% |
| 12,000 | 100% |
| 12,001 | 67% |
| 18,000 | 55.25% |
| 24,000 | 43.5% |
| 30,000 | 31.75% |
| 36,000 | 20% |
| 48,000 | 20% Buick and Cadillac (0% Chevrolet and GMC) |

This schedule applies to the price of the tires only. GM will cover 100% of the cost to mount and balance the tires replaced under warranty for the full bumper-to-bumper warranty period.

After your New Vehicle Limited Warranty expires, you may still have prorated warranty coverage on your original equipment tires by the tire manufacturer. Contact your GM dealer or the tire manufacturer of the brand of tires on your vehicle for more information. The following is a list of current tire manufacturer's websites and toll-free customer assistance numbers.

## 8    New Vehicle Limited Warranty

Tire Companies

| Company | Website | Toll-Free Number |
| --- | --- | --- |
| Bridgestone Americas Tire Operations, LLC | www.bridgestonetire.com | 1-800-356-4644 |
| Continental/General | www.generaltire.com<br>www.continentaltire.com | 1-800-847-3349<br>1-800-847-3349 |
| Goodyear/Dunlop | www.goodyeartires.com<br>www.dunloptires.com | 1-800-321-2136 |
| Michelin/Uniroyal/Goodrich | www.michelinman.com | 1-800-847-3435 |
| Hankook | www.hankooktireusa.com | 1-877-740-7000 (East)<br>1-800-426-8252 (West) |
| Kumho | www.kumhousa.com | 1-800-445-8646 |
| Pirelli | www.us.pirelli.com | 1-800-747-3554 |
| Maxxis | www.maxxis.com | 1-866-509-7067 |

When a tire is removed from service due to a covered warranty condition under a tire manufacturer's limited warranty program, you may be eligible for a tire replacement or a comparable new tire on a prorated basis.

The tire manufacturer's limited warranty program, which can be obtained by calling or visiting the tire manufacturer's website or any authorized dealer, is in lieu of all other remedies or warranties, expressed or implied, arising by law or otherwise, including fitness for a particular purpose or merchantability. The tire manufacturers expressly disclaim liability for indirect, special, incidental, or consequential damages, lost profit, loss of

business, loss of goodwill, loss of reputation, punitive or any other damage, cost, or loss of any kind.*

*Some states do not allow the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusion may not apply to you.

Accessory Coverages

Most GM parts and accessories sold and permanently installed on a GM vehicle by a GM Dealer or GM approved Accessory Distributor/ Installer (ADI) prior to delivery will be covered under the applicable portion (Bumper-to-Bumper, Powertrain, etc.) of the New Vehicle Limited Warranty. In the event GM accessories are installed after vehicle delivery, or are replaced under the New Vehicle Limited Warranty, they will be covered, parts and labor, for the balance of the applicable portion of the New Vehicle Limited Warranty, but in no event less than 12 months/ unlimited miles.

GM accessories sold over the counter, or those not requiring installation, will continue to receive the standard GM Dealer Parts Warranty of 12 months from the date of purchase, parts only.

GM Licensed and Integrated Business Partner (IBP) Accessories are covered under the accessory-specific manufacturer's warranty and are not warranted by GM or its dealers.

---

### ⚠ Caution

This warranty excludes:

Any communications device that becomes unusable or unable to function as intended due to unavailability of compatible wireless service or GPS satellite signals.

---

Sheet Metal Coverage

Sheet metal panels are covered against corrosion and rust-through as follows:

Corrosion: Body sheet metal panels are covered against rust for 3 years or 36,000 miles, whichever comes first.

Rust-Through: Any body sheet metal panel that rusts through, an actual hole in the sheet metal, is covered for up to 6 years or 100,000 miles, whichever comes first.

Important: Cosmetic or surface corrosion, resulting from stone chips or scratches in the paint, for example, is not included in sheet metal coverage.

Towing

Towing is covered to the nearest Chevrolet dealer if your vehicle cannot be driven because of a warranted defect.

## 10    New Vehicle Limited Warranty

### 6.6L Duramax Diesel Engine Coverage

For trucks equipped with a 6.6L Duramax Diesel Engine, the diesel engine, except those items listed under "What Is Not Covered" later in this section, is covered for 5 years or 100,000 miles, whichever comes first. For additional information, refer to Things to Know About the New Vehicle Limited Warranty on page 19. Also refer to the appropriate emission control system warranty for possible additional coverages.

### What Is Not Covered

### Tire and Wheel Damage or Wear

Normal tire wear or wear-out is not covered. Tire wear is influenced by many variables such as road conditions, driving styles, vehicle weight, and tire construction. Uniform tire wear is a normal condition, and is not considered a defect. Road hazard damage such as punctures, cuts, snags, and breaks resulting from pothole impact, curb impact, or from other objects is not covered. Tire wear due to misalignment beyond the warranty period is not covered. Also, damage from improper inflation, overloading, spinning, as when stuck in mud or snow, tire chains, racing, improper mounting or dismounting, misuse, negligence, alteration, improper repair, accident, collision, fire, vandalism, or misapplication is not covered. Damage to wheels or tire sidewalls caused by automatic car washes or cleaning agents is not covered.

### Damage Due to Bedliners

Owners of trucks with a bedliner, whether after-market or factory installed, should expect that with normal operation the bedliner will move. This movement may cause finish damage. Therefore, any damage caused by the bedliner is not covered under the terms of the New Vehicle Limited Warranty.

The factory spray in bedliner (RPO CGN) is not covered for a loss of shine and luster or fading. Refer to the Owner's Manual for more information on spray in bedliner maintenance.

### Damage Due to Accident, Misuse, or Alteration

The New Vehicle Limited Warranty does not cover damage caused as the result of any of the following:

- Collision, fire, theft, freezing, vandalism, riot, explosion, or objects striking the vehicle

- Misuse of the vehicle such as driving over curbs, overloading, racing, or other competition. Proper vehicle use is discussed in the owner manual.

- Alteration, modification, or tampering to the vehicle, including, but not limited to the body, chassis, powertrain, driveline, software, or other components after final assembly by GM.

- Coverages do not apply if the odometer has been disconnected, its reading has been altered, or mileage cannot be determined.
- Installation of non-GM (General Motors) parts
- Water or fluid contamination
- Damage resulting from hail, floods, windstorms, lightning, and other environmental conditions
- Alteration of glass parts by application of tinting films

Important: This warranty is void on vehicles currently or previously titled as salvaged, scrapped, junked, or otherwise considered a total loss.

Damage or Corrosion Due to Environment, Chemical Treatments, or Aftermarket Products

Damage caused by airborne fallout, rail dust, salt from sea air, salt or other materials used to control road conditions, chemicals, tree sap, stones, hail, earthquake, water or flood, windstorm, lightning, the application of chemicals or sealants subsequent to manufacture, etc., is not covered. See "Chemical Paint Spotting" under Things to Know About the New Vehicle Limited Warranty on page 19.

Damage Due to Insufficient or Improper Maintenance

Damage caused by failure to follow the recommended maintenance schedule intervals and/or failure to use or maintain proper fluids, or maintain fluids between recommended maintenance intervals, fuel, lubricants, or refrigerants recommended in the owner manual is not covered.

Damage Due to Contaminated, Improper, or Poor Quality Fuel

Poor fuel quality or incorrect fuel may cause driveability problems such as hesitation, lack of power, stalling, or failure to start. They may also degrade functionality of critical exhaust emissions components such as spark plugs, oxygen sensors, and the catalytic converter. Damage from poor fuel quality, water contamination, or if the vehicle requires premium fuel, operating the vehicle on gasoline with a Pump Octane less than a 91 (R+M)/2, may not be covered.

Prohibited fuels are: Gasolines containing any methanol, MMT, an organometallic octane enhancing additive, and/or fuels containing more than 15% ethanol in non-Flex Fuel Vehicles (FFV).

Please refer to your owner manual under "Fuel," for additional recommendations, including the use of TOP TIER Detergent Gasoline. Additional information can also be found at: www.toptiergas.com/index.html.

## 12 New Vehicle Limited Warranty

### Damage Due to Impact, Use, or the Environment

Windshield or glass cracks, chips, or scratches due to impact are not covered. Windshield cracks will be covered for the first 12 months, regardless of mileage if caused by defects in material or workmanship.

Lights, lenses, mirrors, paint, grille, moldings, and trim are not covered for cracks, chips, scratches, dents, dings, and punctures or tears as a result of impact with other objects or road hazards. In addition, cracks, chips, scratches, or other damage to the face of a radio or instrument cluster from impact or foreign objects are not covered.

### Maintenance

All vehicles require periodic maintenance. Maintenance services, such as those detailed in the owner manual are the owner's expense. Vehicle lubrication, cleaning, or polishing are not covered. Failure of or damage to

components requiring replacement or repair due to vehicle use, wear, exposure, or lack of maintenance is not covered.

Items such as:

- Audio System Cleaning
- Brake Pads/Linings
- Clutch Linings
- Coolants and Fluids
- Filters
- Keyless Entry (or other remote transmitter/receiver batteries)*
- Limited Slip Rear Axle Service
- Tire Rotation
- Wheel Alignment/Balance**
- Wiper Inserts

are covered up to the first maintenance inspection period outlined in the owner manual. Any replacement at the time of, or beyond the maintenance inspection period is considered maintenance, and is not covered as

part of the New Vehicle Limited Warranty. The New Vehicle Limited Warranty only covers components when replacement or repair of these components is the result of a defect in material or workmanship.

* Consumable battery covered up to 12 months only.

** Maintenance items after 7,500 miles.

### Extra Expenses

Economic loss or extra expense is not covered.

Examples include:

- Inconvenience
- Lodging, meals, or other travel costs
- Loss of vehicle use
- Payment for loss of time or pay
- State or local taxes required on warranty repairs
- Storage

Other Terms: This warranty gives you specific legal rights and you may also have other rights which vary from state to state.

GM does not authorize any person to create for it any other obligation or liability in connection with these vehicles. Any implied warranty of merchantability or fitness for a particular purpose applicable to this vehicle is limited in duration to the duration of this written warranty. Performance of repairs and needed adjustments is the exclusive remedy under this written warranty or any implied warranty. GM shall not be liable for incidental or consequential damages, such as, but not limited to, lost wages or vehicle rental expenses, resulting from breach of this written warranty or any implied warranty.*

* Some states do not allow limitations on how long an implied warranty will last or the exclusion or limitation of incidental or consequential damages, so the above limitations or exclusions may not apply to you.

Chevrolet Spark EV Specific Coverage

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, General Motors will warrant certain components for each Chevrolet Spark EV for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty, Maintenance and Owner Assistance booklet, General Motors of Canada Limited will warrant certain components for Chevrolet Spark EV for 8 years or 100,000 miles (160,000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific electric propulsion components of the vehicle.

This warranty is for the Chevrolet Spark Electric Propulsion vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this Chevrolet Spark Electric Propulsion warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the 8 years or 160 000 kilometers (100,000 miles) term. No deductibles are associated with this warranty.

## 14    New Vehicle Limited Warranty

This Electric Propulsion component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Electric Propulsion Component Warranty.

### What Is Covered

This Electric Propulsion warranty covers repairs to Electric Propulsion specific component defect related to materials or workmanship occurring during the 8 year or 160 000 kilometers (100,000 miles) term for the following:

### Towing

During the 8 year or 160 000 kilometers (100,000 miles) Electric Propulsion warranty period, towing is covered to the nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Electric Propulsion specific defect. Contact the GM Roadside Assistance Center for towing. Refer to the Owner's Manual for details.

### Spark EV Coverage

### Propulsion Battery Warranty Policy

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 35% of capacity over the warranty period. A dealer service technician will determine if the battery energy capacity (kWh storage) is within the proper limit, given the age and mileage of the vehicle. Typical tests can take up to 24 hours.

### Replace (If Necessary)

If warranty repair requires replacement, the high voltage battery may be replaced with either a new or factory reconditioned high voltage battery with an energy capacity (kWh storage) level at or within approximately 10% of that of the original battery at the time of warranty repair.

Your Electric Propulsion battery warranty replacement may not return your vehicle to an "as new" condition, but it will make your Spark EV fully operational appropriate to its age and mileage.

### Other Spark EV Components

High Voltage Wiring, Spark EV Control Modules, DC Charging Control Module, E-Compressor, Traction Power Inverter Module (TPIM), Accessory Power Module (APM), High Power Contactor Control (HPCC), and Spark EV On-Board Charger.

### Brakes

Brake Modulator Assembly

## Electric Drive Unit

Electric drive unit assembly and internal components, including the auxiliary fluid pump, auxiliary pump controller, and 3-phase cables.

## Impala eAssist® and Malibu Eco with eAssist® Coverage

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, General Motors will warrant certain eAssist components for the Impala eAssist and Malibu Eco with eAssist for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty, Maintenance and Owner Assistance booklet, General Motors of Canada Limited will warrant certain eAssist components for the Malibu Eco with eAssist for 8 years or 160 000 kilometers (100,000 miles), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific eAssist components of the vehicle.

This warranty is for eAssist vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this eAssist warranty is transferable at no cost to any subsequent person(s) who assumes ownership of the vehicle within the above-described 8 years or 160 000 kilometers (100,000 miles) term. No deductibles are associated with this eAssist warranty.

This eAssist component warranty is in addition to the express conditions and warranties described previously.

The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special eAssist Component Warranty.

## eAssist Components

The energy storage control module and components including the eAssist battery, eAssist battery disconnect, powerpack assembly and the eAssist battery cooling fan.

## Starter Generator Unit

The starter generator unit, starter generator cooling pump, and the high voltage 3-phase/12-volt cable assembly.

## Other eAssist Components

Auxiliary transmission pump

16    New Vehicle Limited Warranty

## What Is Not Covered

In addition to the "What is Not Covered" section previously, this eAssist warranty does not cover the following items:

### Wear Items

Wear items, such as brake linings, are not covered in this eAssist warranty.

### Maintenance

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. Maintenance intervals, checks, inspections, and recommended fluids and lubricants as prescribed in the owner manual are necessary to keep your vehicle in good working condition.

Any damage caused by owner/lessee failure to follow scheduled maintenance may not be covered by warranty. Scheduled maintenance includes such items as:

* Brake Pads/Linings
* Coolants and Fluids
* Filters

### Volt-Specific Warranty

For vehicles sold in the United States, in addition to the Bumper-to-Bumper Coverage described previously, General Motors will warrant certain Voltec® components for each Chevrolet Volt, (hereafter referred to as Voltec) for 8 years or 100,000 miles (160 000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific Voltec® components of the vehicle.

For vehicles sold in Canada, in addition to the Base Warranty Coverage described in the GM Canadian Limited Warranty, Maintenance and Owner Assistance booklet, General Motors of Canada Limited will warrant certain Voltec components for Chevrolet Volt (hereafter referred to as Voltec) for 8 years or 100,000 miles (160,000 kilometers), whichever comes first, from the original in-service date of the vehicle, against warrantable repairs to the specific Voltec components of the vehicle.

This warranty is for Chevrolet Volt vehicles registered and normally operated in the United States or Canada, respectively. In addition to the initial owner of the vehicle, the coverage described in this Voltec warranty is transferable at no cost to any subsequent person(s) who assumes ownership

of the vehicle within the above-described 8 years or 100,000 miles (160 000 kilometers) term. No deductibles are associated with this Voltec warranty.

This Voltec component warranty is in addition to the express conditions and warranties described previously. The coverage and benefits described under "New Vehicle Limited Warranty" are not extended or altered because of this special Voltec Component Warranty.

What Is Covered

This Voltec warranty covers repairs to correct any Voltec component defect related to materials or workmanship occurring during the 8 year or 100,000 miles (160 000 kilometers) term for the following:

Towing

During the 8 year or 100,000 miles (160 000 kilometers) Voltec warranty period, towing is covered to the

nearest Chevrolet servicing dealer if your vehicle cannot be driven because of a warranted Voltec specific defect. Contact the Chevrolet Roadside Assistance Center for towing. Refer to the owner manual for details.

Chevrolet Volt Coverage

Propulsion Battery Warranty Policy

Like all batteries, the amount of energy that the high voltage "propulsion" battery can store will decrease with time and miles driven. Depending on use, the battery may degrade as little as 10% to as much as 30% of capacity over the warranty period. A dealer service technician will determine if the battery energy capacity (kWh storage) is within the proper limit, given the age and mileage of the vehicle. Typical tests can take up to 24 hours.

Repair

If possible, components will be repaired or replaced, and the original battery will be returned to the vehicle.

Replace (If Necessary)

Under warranty, the high voltage battery will be replaced with either a new or factory reconditioned high voltage battery with an energy capacity (kWh storage) level at or above that of the original battery prior to the failure.

Your Volt battery warranty replacement may not return your vehicle as an "as new" condition, but it will make your Volt fully operational appropriate to its age and mileage.

## 18 New Vehicle Limited Warranty

### Other Voltec/Electric Propulsion Components

High Voltage Wiring, Voltec® Control Modules, E-Compressor, Traction Power Inverter Module (TPIM), Accessory Power Module (APM), and Voltec/Electric Propulsion On-Board Charger.

### Brakes

Brake Modulator Assembly

### Electric Drive Unit

Electric drive unit assembly and internal components, including the auxiliary fluid pump, auxiliary pump controller, and 3-phase cables.

### What Is Not Covered

In addition to the "What is Not Covered" section previously, the Voltec ® warranty does not cover the following items:

### Wear Items

Wear items, such as brake linings, are not covered in the Voltec ® warranty.

## Warranty Repairs – Component Exchanges

In the interest of customer satisfaction, GM may offer exchange service on some vehicle components. This service is intended to reduce the amount of time your vehicle is not available for use due to repairs. Components used in exchange are service replacement parts that may be new, remanufactured, or refurbished.

Remanufactured parts meet GM approved service part requirements and are made from previously used components in a process that involves disassembly, inspection, cleaning, update of software and replacement of parts as appropriate, testing and reassembly.

Refurbished parts meet GM approved service part requirements and are previously used parts that are inspected, cleaned, tested, and repackaged.

All exchange components used meet GM standards and are warranted the same as new components. Examples of the types of components that might be serviced in this fashion include: engine and transmission assemblies, instrument cluster assemblies, radios, compact disc players, batteries, and powertrain control modules.

## Warranty Repairs – Recycled Materials

Environmental Protection Agency (EPA) guidelines and GM support the capture, purification, and reuse of automotive air conditioning refrigerant gases and engine coolant. As a result, any repairs GM may make to your vehicle may involve the installation of purified reclaimed refrigerant and coolant.

## Tire Service

Any authorized Chevrolet or tire dealer for your brand of tires can assist you with tire service. If, after contacting one of these dealers, you need further assistance or you have questions, contact the Chevrolet Customer Assistance Center. The toll-free telephone numbers are listed under Customer Assistance Offices on page 41.

## 6.6L Duramax Diesel Engine Components

For trucks equipped with a 6.6L Duramax Diesel Engine, the complete engine assembly, including turbocharger components, is covered for defects in material or workmanship for 5 years or 100,000 miles, whichever comes first.

- Cylinder block and heads and all internal parts, intake and exhaust manifolds, timing gears, timing gear chain or belt and cover, flywheel, harmonic balancer, valve covers, oil pan, oil pump, water pump, fuel pump, engine mounts, seals, and gaskets

20    Things to Know About the New Vehicle Limited Warranty

- Diesel Fuel Metering System: injection pump, nozzles, high pressure lines, and high pressure sealing devices

- Glow Plug Control System: control/glow plug assembly, glow plugs, cold advance relay, and Engine Control Module (ECM)

- Fuel injection control module, integral oil cooler, transmission adapter plate, left and right common fuel rails, fuel filter assembly, fuel temperature sensor, and function block

Important: Some of these components may also be covered by the Emission Warranty. See Emission Warranty Parts List on page 30 for details.

Aftermarket Engine Performance Enhancement Products and Modifications

Some aftermarket engine performance products and modifications promise a way to increase the horsepower and torque levels of your vehicle's powertrain. You should be aware that these products may have detrimental effects on the performance and life of the engine, exhaust emission system, transmission, and drivetrain. The Duramax Diesel Engine, Allison Automatic Transmission®, and drivetrain have been designed and built to offer industry leading durability and performance in the most demanding applications. Engine power enhancement products may enable the engine to operate at horsepower and torque levels that could damage, create failure, or reduce the life of the engine, engine emission system, transmission, and drivetrain. Damage, failure, or reduced life of the engine, transmission, emission system, drivetrain or other vehicle components caused by aftermarket engine performance enhancement products or modifications may not be covered under your vehicle warranty.

After-Manufacture "Rustproofing"

Your vehicle was designed and built to resist corrosion. Application of additional rust-inhibiting materials is neither necessary nor required under the Sheet Metal Coverage. GM makes no recommendations concerning the usefulness or value of such products.

Application of after-manufacture rustproofing products may create an environment which reduces the corrosion resistance built into your vehicle. Repairs to correct damage caused by such applications are not covered under your New Vehicle Limited Warranty.

Paint, Trim, and Appearance Items

Defects in paint, trim, upholstery, or other appearance items are normally corrected during new vehicle preparation. If you find any paint or appearance concerns, advise your dealer as soon as

possible. Your owner manual has instructions regarding the care of these items.

### Vehicle Operation and Care

Considering the investment you have made in your Chevrolet, we know you will want to operate and maintain it properly. We urge you to follow the maintenance instructions in your owner manual.

If you have questions on how to keep your vehicle in good working condition, see your Chevrolet dealer, the place many customers choose to have their maintenance work done. You can rely on your Chevrolet dealer to use the proper parts and repair practices.

### Maintenance and Warranty Service Records

Retain receipts covering performance of regular maintenance. Receipts can be very important if a question arises as to whether a malfunction is caused by lack of maintenance or a defect in material or workmanship.

A "Maintenance Record" is provided in the maintenance schedule section of the owner manual for recording services performed.

The servicing dealer can provide a copy of any warranty repairs for your records.

### Chemical Paint Spotting

Some weather and atmospheric conditions can create a chemical fallout. Airborne pollutants can fall upon and adhere to painted surfaces on your vehicle. This damage can take two forms: blotchy, ring-shaped discolorations, and/or small irregular dark spots etched into the paint surface.

Although no defect in the factory applied paint causes this, Chevrolet will repair, at no charge to the owner, the painted surfaces of new vehicles damaged by this fallout condition within 12 months or 12,000 miles of purchase, whichever comes first.

### Warranty Coverage – Extensions

Time Extensions: The New Vehicle Limited Warranty will be extended one day for each day beyond the first 24 hour period in which your vehicle is at an authorized dealer facility for warranty service. You may be asked to show the repair orders to verify the period of time the warranty is to be extended. Your extension rights may vary depending on state law.

## 22   Things to Know About the New Vehicle Limited Warranty

Mileage Extensions: Prior to delivery, some mileage is put on your vehicle during testing at the assembly plant, during shipping, and while at the dealer facility. The dealer records this mileage on the first page of this warranty booklet at delivery. For eligible vehicles, this mileage will be added to the mileage limits of the warranty ensuring that you receive full benefit of the coverage. Mileage extension eligibility:

- Applies only to new vehicles held exclusively in new vehicle inventory.

- Does not apply to used vehicles, GM-owned vehicles, dealer owned used vehicles, or dealer demonstrator vehicles.

- Does not apply to vehicles with more than 1,000 miles on the odometer even though the vehicle may not have been registered for license plates.

### Warranty Service — Foreign Countries

#### Touring Owner Service

If you are touring in a foreign country and repairs are needed, take your vehicle to a GM dealer which sells and services Chevrolet vehicles. However, if a Chevrolet dealer cannot be located, significantly inconvenienced customers can take their vehicle to any GM dealer for repairs.

Important: Repairs made necessary by the use of improper or dirty fuels and lubricants are not covered under the warranty. See your owner manual for additional information on fuel requirements when operating in foreign countries.

#### Permanent Relocation

This warranty applies to GM vehicles registered in the United States and normally operated in the United States, Canada, or Mexico. If you have permanently relocated

and established household residency in another country, GM may authorize the performance of repairs under the warranty authorized for vehicles generally sold by GM in that country. Contact an authorized GM dealer in your country for assistance.

Important: GM warranty coverages may be void on GM vehicles that have been imported/exported for resale.

#### Original Equipment Alterations

This warranty does not cover any damage or failure resulting from modification or alteration to the vehicle's original equipment as manufactured or assembled by General Motors. Examples of the types of alterations that would not be covered include cutting, welding, or disconnecting of the vehicle's original equipment parts and components.

Additionally, General Motors does not warranty non-GM parts, calibrations, and/or software modifications. The use of parts, control module calibrations, software modifications, and/or any other alterations not issued through General Motors will void the warranty coverage for those components that are damaged or otherwise affected by the installation of the non-GM part, control module calibration, software modification, and/or other alteration.

The only exception is that non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emissions Performance Warranty.

Recreation Vehicle and Special Body or Equipment Alterations

Installations or alterations to the original equipment vehicle or chassis, as manufactured and assembled by GM, are not covered by this warranty. The special body company, assembler, or equipment installer is solely responsible for warranties on the body or equipment and any alterations to any of the parts, components, systems, or assemblies installed by GM. Examples include, but are not limited to, special body installations, such as recreational vehicles, the installation of any non-GM part, cutting, welding, or the disconnecting of original equipment vehicle or chassis parts and components, extension of the wheelbase, suspension and driveline modifications, and axle additions.

Pre-Delivery Service

Defects in the mechanical, electrical, sheet metal, paint, trim, and other components of your vehicle may occur at the factory or while it is being transported to the dealer facility. Normally, any defects occurring during assembly are identified and corrected at the factory during the inspection process. In addition, dealers inspect each vehicle before delivery. They repair any uncorrected factory defects and any transit damage detected before the vehicle is delivered to you.

Any defects still present at the time the vehicle is delivered to you are covered by the warranty. If you find any defects, advise your dealer without delay. For further details concerning any repairs which the dealer may have made prior to you taking delivery of your vehicle, ask your dealer.

Production Changes

GM and GM dealers reserve the right to make changes in vehicles built and/or sold by them at any time without incurring any obligation to make the same or similar changes on vehicles previously built and/or sold by them.

Noise Emissions Warranty for Light Duty Trucks Over 10,000 Lbs Gross Vehicle Weight Rating (GVWR) Only

GM warrants to the first person who purchases this vehicle for purposes other than resale and to each subsequent purchaser of this vehicle, as manufactured by GM, that this vehicle was designed, built, and equipped to conform at the time it left GM's control with all applicable United States EPA Noise Control Regulations.

This warranty covers this vehicle as designed, built, and equipped by GM, and is not limited to any particular part, component, or system of the vehicle manufactured by GM. Defects in design or assembly, or in any part, component, or vehicle system as manufactured by GM, which, at the time it left GM's control, caused noise emissions to exceed Federal Standards, are covered by this warranty for the life of the vehicle.

The emission warranty on your vehicle is issued in accordance with the U.S. Federal Clean Air Act. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

### What Is Covered

The parts covered under the emission warranty are listed under the "Emission Warranty Parts List" later in this section.

### How to Determine the Applicable Emissions Control System Warranty

State and Federal agencies may require a different emission control system warranty depending on:

- Whether the vehicle conforms to regulations applicable to light duty or heavy duty emission control systems.
- Whether the vehicle conforms to or is certified for California regulations in addition to U.S. EPA Federal regulations.

All vehicles are eligible for Federal Emissions Control System Warranty Coverage. If the emissions control label contains language stating the vehicle conforms to California regulations, the vehicle is also eligible for California Emissions Control System Warranty Coverage.

### Federal Emission Control System Warranty

#### Federal Warranty Coverage

- Car or Light Duty Truck with a Gross Vehicle Weight Rating (GVWR) of 8,500 lbs. or less
  - 2 years or 24,000 miles and 8 years or 80,000 miles for the catalytic converter, vehicle/powertrain control module, transmission control module or other onboard emissions diagnostic device, including emission-related software, whichever comes first.
- Light Duty Truck equipped with Heavy Duty Gasoline Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.
  - 5 years or 50,000 miles, whichever comes first.

26    Emission Control Systems Warranty

- Light Duty Truck equipped with Heavy Duty Diesel Engine and with a Gross Vehicle Weight Rating (GVWR) greater than 8,500 lbs.

  - 5 years or 50,000 miles, whichever comes first.

Federal Emission Defect Warranty

GM warrants to the owner the following:

- The vehicle was designed, equipped, and built so as to conform at the time of sale with applicable regulations of the Federal Environmental Protection Agency (EPA).

- The vehicle is free from defects in materials and workmanship which cause the vehicle to fail to conform with those regulations during the emission warranty period.

Emission-related defects in the genuine GM parts listed under the Emission Warranty Parts List, including related diagnostic costs, parts, and labor are covered by this warranty.

Federal Emission Performance Warranty

Some states and/or local jurisdictions have established periodic vehicle Inspection and Maintenance (I/M) programs to encourage proper maintenance of your vehicle. If an EPA-approved I/M program is enforced in your area, you may also be eligible for Emission Performance Warranty coverage when all three of the following conditions are met:

- The vehicle has been maintained and operated in accordance with the instructions for proper maintenance and use set forth in the owner manual supplied with your vehicle.

- The vehicle fails an EPA-approved I/M test during the emission warranty period.

- The failure results, or will result, in the owner of the vehicle having to bear a penalty or other sanctions, including the denial of the right to use the vehicle, under local, state, or federal law.

GM warrants that your dealer will replace, repair, or adjust to GM specifications, at no charge to you, any of the parts listed under the Emission Warranty Parts List on page 30, which may be necessary to conform to the applicable emission standards. Non-GM parts labeled "Certified to EPA Standards" are covered by the Federal Emission Performance Warranty.

## California Emission Control System Warranty

This section outlines the emission warranty that GM provides for your vehicle in accordance with the California Air Resources Board. Defects in material or workmanship in GM emission parts may also be covered under the New Vehicle Limited Warranty Bumper-to-Bumper coverage. There may be additional coverage on GM diesel engine vehicles. In any case, the warranty with the broadest coverage applies.

This warranty applies if your vehicle meets both of the following requirements:

- Your vehicle is registered in California or other states adopting California emission and warranty regulations.*

- Your vehicle is certified for sale in California as indicated on the vehicle's emission control information label.

*Important: Connecticut, Delaware, Maine, Maryland, Massachusetts, New Jersey, Oregon, Pennsylvania, Rhode Island, Vermont, and Washington have California Emissions Warranty coverage. (New York adopted California emission standards, but not the California Emissions Warranty. The Federal Emissions Control Warranty applies to all non-PZEV vehicles in New York.)

California Partial Zero Emission Vehicles (PZEV) have extended coverage on all emission-related parts.

Important: California, Connecticut, Maine, Maryland, Massachusetts, New Jersey, New York, Rhode Island, and Vermont have PZEV Emission Warranty Coverage. (Oregon has PZEV Hybrid battery 10 years/150,000 mile coverage only).

## Your Rights and Obligations (For Vehicles Subject to California Exhaust Emission Standards)

The California Air Resources Board and General Motors are pleased to explain the emission control system warranty on your vehicle. In California, new motor vehicles must be designed, built, and equipped to meet the state's stringent anti-smog standards. GM must warrant the emission control system on your vehicle for the periods of time and mileage listed provided there has been no abuse, neglect, or improper maintenance of your vehicle. Your vehicle's emission control system may include parts such as the fuel injection system, ignition system, catalytic converter, and engine computer. Also included are hoses, belts, connectors, and other emission-related assemblies.

Where a warrantable condition exists, GM will repair your vehicle at no cost to you including diagnosis, parts, and labor.

28    Emission Control Systems Warranty

California Emission Defect and Emission Performance Warranty Coverage

For cars and trucks with light duty or medium duty emissions:

- For 3 years or 50,000 miles (5 years or 50,000 miles for Duramax Diesel), whichever comes first:

  - If your vehicle fails a smog check inspection, GM will make all necessary repairs and adjustments to ensure that your vehicle passes the inspection. This is your Emission Control System Performance Warranty.

  - If any emission-related part on your vehicle is defective, GM will repair or replace it. This is your Short-term Emission Control Systems Defects Warranty.

- For 7 years or 70,000 miles, whichever comes first:

  - If an emission-related part listed in this booklet specially noted with coverage for 7 years or 70,000 miles is defective, GM will repair or replace it. This is your Long-term Emission Control Systems Defects Warranty.

- For 8 years or 80,000 miles, whichever comes first:

  - If the catalytic converter, vehicle powertrain control module, transmission control module, or other onboard emissions diagnostic device, including emission-related software, is found to be defective, GM will repair or replace it under the Federal Emission Control System Warranty.

- For 15 years or 150,000 miles, whichever comes first for a Partial Zero Emission Vehicle (PZEV):

  - If any emission-related part* listed in this booklet is defective, GM will repair or replace it. This is your (PZEV) Emission Control System Defects Warranty.

* PZEV Hybrid Batteries and Hybrid A/C compressor are covered for 10 years or 150,000 miles, whichever comes first.

Any authorized Chevrolet dealer will, as necessary under these warranties, replace, repair, or adjust to GM specifications any genuine GM parts that affect emissions.

The applicable warranty period shall begin on the date the vehicle is delivered to the first retail purchaser or, if the vehicle is first placed in service as a demonstrator or company vehicle prior to sale at retail, on the date the vehicle is placed in such service.

Owner's Warranty Responsibilities

As the vehicle owner, you are responsible for the performance of the scheduled maintenance listed in your owner manual. GM recommends that you retain all maintenance receipts for your vehicle, but GM cannot deny warranty coverage solely for the lack of receipts or for your failure to ensure the performance of all scheduled maintenance.

You are responsible for presenting your vehicle to a GM dealer selling your vehicle line as soon as a problem exists. The warranted repairs should be completed in a reasonable amount of time, not to exceed 30 days.

As the vehicle owner, you should also be aware that GM may deny warranty coverage if your vehicle or a part has failed due to abuse, neglect, improper or insufficient maintenance, or modifications not approved by GM.

If you have any questions regarding your rights and responsibilities under these warranties, you should contact the Customer Assistance Center at 1-800-222-1020. Spark EV call 855-4-SPARK-INFO (855-477-2754 For Volt call 1-877-486-5846 (1-877-4-Volt Info) or, in California, write to:

State of California Air
Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

## 30    Emission Warranty Parts List

The emission parts listed here are covered under the Emission Control System Warranty. The terms are explained in the Emission Control Systems Warranty on page 25 under "Federal Emission Control System Warranty" and the "California Emission Control System Warranty."

Important: Certain parts may be covered beyond these warranties if shown with asterisk(s) as follows:

- (*) 7 years/70,000 miles, whichever comes first, California Emission Control System Warranty coverage.

- (**) 8 years/80,000 miles, whichever comes first, Federal Emission Control System Warranty coverage. (Also applies to California certified light duty and medium duty vehicles.)

All listed parts 15 years/ 150,000 miles, whichever comes first, on California PZEV (NU6) vehicles registered in a PZEV state except Hybrid batteries and Hybrid A/C compressors, which are covered for 10 years/150,000 miles, whichever comes first.

Powertrain Control System

Camshaft Position Actuator *

Camshaft Position Actuator Valve

Coolant Sensor

Data Link Connector

Engine Control Module (ECM) **

Engine Coolant Temperature Sensor

Fuel Control Module **

Humidity Sensor

Intake Air Temperature Sensor

Malfunction Indicator Lamp

Manifold Absolute Pressure Sensor

Mass Air Flow Sensor

Outside Air Temperature Sensor

Oxygen Sensor(s)

Powertrain Control Module (PCM) **

Throttle Position Sensor

Vehicle Control Module (VCM) **

Vehicle Speed Sensor

Wheel Speed Sensor

Transmission Controls and Torque Management

Control Solenoids and Pressure Switches

Clutch Solenoids and Switches

Park/Neutral Switch

Transmission Control Module **

Transmission Fluid Temperature Sensor

Transmission Speed Sensors

## Fuel Management System

AFM Fuel Pump Power Module

AFM Exhaust Valves and Controller

Diesel Fuel Injection Pump *

Diesel Direct Fuel Injector Assembly*

Fuel Injector

Fuel Pressure Regulator

Fuel Pressure Sensor

Fuel Rail Assembly

Fuel Temperature Sensor

High Pressure Fuel Pump (SIDI) *

## Air Management System

Active Aero Shutters and Controller

Air Cleaner

Air Intake Ducts

Charge Air Cooler *

Charge Air Cooler Control

Idle Air Control Valve

Idle Speed Control Motor

Intake Air Heater

Intake Manifold

Intake Manifold Gasket

Intake Manifold Tuning Valve

Supercharger*

Throttle Body

Turbocharger*

Turbocharger Pressure Sensor

## Ignition System

Camshaft Position Sensor(s)

Crankshaft Position Sensor(s)

Glow Plug(s) (Diesel)

Glow Plug Controller (Diesel)

Ignition Coil(s)

Ignition Control Module

Knock Sensor

Spark Plug Wires

Spark Plugs

## Start/Stop System

Auxiliary Battery

Dual Battery Isolation Module (DBIM)

Intelligent Battery Sensor

Battery Control Module

Transmission Fluid Pressure Charge Accumulator and Solenoid

## Catalytic Converter System

Catalytic Converter(s) * **

Diesel Exhaust Temperature and Pressure Sensors

Diesel Particulate Filter (DPF) *

Diesel Particulate Matter Sensor

Diesel Exhaust (DPF) Indirect Fuel Injector

Diesel Exhaust Emission Reduction Fluid Injector

Diesel Exhaust Emission Reduction Fluid Tank*

Diesel Exhaust NOx Sensors

## 32    Emission Warranty Parts List

Exhaust Manifold

Exhaust Manifold Gasket

Positive Crankcase Ventilation (PCV) System

Oil Filler Cap

PCV Filter

PCV Oil Separator

PCV Valve

Exhaust Gas Recirculation (EGR) System

EGR Feed and Delivery Pipes

EGR Temperatuer Sensor

EGR Valve

EGR Valve Cooler *

Secondary Air Injection System

Air Pump and Check Valves

Evaporative Emission Control System (Gasoline Engines)

Canister

Canister Solenoids and Valves

Fuel Feed and Return Pipes and Hoses

Fuel Filler Cap

Fuel Level Sensor

Fuel Limiter Vent Valve

Fuel Tank(s) *

Fuel Tank Filler Pipe (with restrictor)

Fuel Tank Vacuum or Pressure Sensor

Hybrid

Auxiliary Transmission Fluid Pump

Battery Cooling Circuit

Battery Control Module **

Battery Pack Current Sensor

Brake Pedal Travel Sensor

Drive Motors and Resolvers*

Drive Motor/Generator Control Module**

Traction Power Inverter Module (TPIM)**

Electro-Hydraulic Brake Control Module**

Energy Storage Control Module **

Hybrid Batteries *

Hybrid Battery Temp. and Voltage Sensors

Starter Generator*

Starter Generator Control Module **

Starter Generator Drive Belt

SGCM Coolant Circuit (fan, relay, pump)

Voltec Specific Components

Vehicle Interface Control Module**

Voltec RESS Battery* **

Onboard Charger* **

Charge Port

Charge Port Switches and Sensors

Voltec EVAP Canister Assembly

Voltec RESS Thermal Management:

E-compressor * * *
Port Valves
Battery Temperature Sensors
Battery High Voltage Heater
Battery Coolant Pump
Power Electronics
Coolant Pump
Air and Coolant Temperature Sensors
Rfg. Temperature and Pressure Sensors

Miscellaneous Items Used with Above Components and Certain Tires are Covered

Belts

Boots

Clamps

Connectors

Ducts

Fittings

Gaskets

Grommets

Hoses

Housings

Mounting Hardware

Pipes

Pulleys

Sealing Devices

Springs

Tubes

Wiring and Relays

Tires (Heavy Duty Applications only 2 yr/24,000 mile Federal Emission Defect Warranty)

Parts specified in your maintenance schedule that require scheduled replacement are covered up to their first replacement interval or the applicable emission warranty coverage period, whichever comes first. If failure of one of these parts results in failure of another part, both will be covered under the Emission Control System Warranty.

For detailed information concerning specific parts covered by these emission control system warranties, ask your dealer.

Replacement Parts

The emission control systems of your vehicle were designed, built, and tested using genuine GM parts* and the vehicle is certified as being in conformity with applicable federal and California emission requirements. Accordingly, it is recommended that any replacement parts used for maintenance or for the repair of emission control systems be new, genuine GM parts.

The warranty obligations are not dependent upon the use of any particular brand of replacement parts. The owner may elect to use non-genuine GM parts for replacement purposes.

## 34   Emission Warranty Parts List

Use of replacement parts which are not of equivalent quality may impair the effectiveness of emission control systems.

If other than new, genuine GM parts are used for maintenance replacements or for the repair of parts affecting emission control, the owner should assure himself/herself that such parts are warranted by their manufacturer to be equivalent to genuine GM parts in performance and durability.

* "Genuine GM parts," when used in connection with GM vehicles, means parts manufactured by or for GM, designed for use on GM vehicles, and distributed by any division or subsidiary of GM.

### Maintenance and Repairs

Maintenance and repairs can be performed by any qualified service outlet; however, warranty repairs must be performed by an authorized dealer except in a situation where the vehicle owner is significantly

inconvenienced and when a warranted part or a warranty station is not reasonably available to the vehicle owner.

In a situation where the vehicle owner is significantly inconvenienced, and an authorized dealer is not reasonably available, repairs may be performed at any available service establishment or by the owner, using any replacement part. Chevrolet will consider reimbursement for the expense incurred, including diagnosis, not to exceed the manufacturer's suggested retail price for all warranted parts replaced and labor charges based on Chevrolet's recommended time allowance for the warranty repair and the geographically appropriate labor rate. A part not being available within 10 days or a repair not being completed within 30 days constitutes a significant inconvenience. Retain receipts and failed parts in order to receive

compensation for warranty repairs reimbursable due to these situations.

If you are in a situation where you are significantly inconvenienced, and it is necessary to have repairs performed by other than a Chevrolet dealer and you believe the repairs are covered by emission warranties, take the replaced parts and your receipt to a Chevrolet dealer for reimbursement consideration. This applies to both the Federal Emission Defect Warranty and Federal Emission Performance Warranty.

Receipts and records covering the performance of regular maintenance or other repairs (such as those outlined earlier) should be retained in the event questions arise concerning maintenance. These receipts and records should be transferred to each subsequent owner. GM will not deny warranty coverage solely on the absence of maintenance records. However, GM

may deny a warranty claim if a failure to perform scheduled maintenance resulted in the failure of a warranty part.

Claims Procedure

As with the other warranties covered in this booklet, take your vehicle to any authorized Chevrolet dealer facility to obtain service under the emission warranty. This should be done as soon as possible after failing an EPA-approved I/M test or a California smog check test, or at any time you suspect a defect in a part.

Those repairs qualifying under the warranty will be performed by any Chevrolet dealer at no charge. Repairs which do not qualify will be charged to you. You will be notified as to whether or not the repair qualifies under the warranty within a reasonable time, not to exceed 30 days after receipt of the vehicle by the dealer, or within the time period required by local or state law.

The only exceptions would be if you request or agree to an extension, or if a delay results from events beyond the control of your dealer or GM. If you are not so notified, GM will provide any required repairs at no charge.

In the event a warranty matter is not handled to your satisfaction, refer to the Customer Satisfaction Procedure on page 36.

For further information or to report violations of the Emission Control System Warranty, you may contact the EPA at:

Manager, Certification and Compliance
Division (6405J)
Warranty Claims
Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

For a vehicle subject to the California Exhaust Emission Standards, you may contact the:

State of California Air Resources Board
Mobile Source Operations Division
P.O. Box 8001
El Monte, CA 91731-2990

## 36    Customer Satisfaction Procedure

Your satisfaction and goodwill are important to your dealer and to Chevrolet. Normally, any concerns with the sales transaction or the operation of your vehicle will be resolved by your dealer's sales or service departments. Sometimes, however, despite the best intentions of all concerned, misunderstandings can occur. If your concern has not been resolved to your satisfaction, the following steps should be taken:

STEP ONE:  Discuss your concern with a member of dealer management. Normally, concerns can be quickly resolved at that level. If the matter has already been reviewed with the sales, service, or parts manager, contact the owner of the dealer facility or the general manager.

STEP TWO:  If after contacting a member of dealer management, it appears your concern cannot be resolved by the dealer without further help contact the Chevrolet Customer Assistance Center by

calling 1-800-222-1020. For Spark EV call 855-4-SPARK-INFO (855-477-2754). For Volt call 1-877-486-5846 (1-877-4-Volt Info). In Canada, contact GM Customer Care Center by calling 1-800-263-3777: English, or 1-800-263-7854: French.

We encourage you to call the toll-free number in order to give your inquiry prompt attention. Have the following information available to give the Customer Assistance Representative:

- The Vehicle Identification Number (VIN). This is available from the vehicle registration or title, or the plate above the top of the instrument panel on the driver side, and visible through the windshield.

- The dealer name and location.

- The vehicle delivery date and present mileage.

When contacting Chevrolet, remember that your concern will likely be resolved at a dealer's facility. That is why we suggest you follow Step One first if you have a concern.

STEP THREE:  Both GM and your GM dealer are committed to making sure you are completely satisfied with your new vehicle. However, if you continue to remain unsatisfied after following the procedure outlined in Steps One and Two, you can file with the Better Business Bureau (BBB) Auto Line Program to enforce any additional rights you may have.

The BBB Auto Line Program is an out of court program administered by the Council of Better Business Bureaus to settle automotive disputes regarding vehicle repairs or the interpretation of the New Vehicle Limited Warranty. Although you may be required to resort to this informal dispute resolution program prior to filing a court action, use of the

program is free of charge and your case will generally be heard within 40 days. If you do not agree with the decision given in your case, you may reject it and proceed with any other venue for relief available to you.

Contact the BBB Auto Line Program using the toll-free telephone number or write them at the following address:

BBB Auto Line Program
Council of Better Business
Bureaus, Inc.
4200 Wilson Boulevard
Suite 800
Arlington, VA 22203-1804

1-800-955-5100
www.dr.bbb.org/goauto

This program is available in all 50 states and the District of Columbia. Eligibility is limited by vehicle age, mileage, and other factors. GM reserves the right to change eligibility limitations and/or to discontinue its participation in this program.

38    State Warranty Enforcement Laws

Laws in many states permit owners to obtain a replacement vehicle or a refund of the purchase price under certain circumstances. The provisions of these laws vary from state to state. To the extent allowed by state law, GM requires that you first provide us with written notification of any service difficulty you have experienced so that we have an opportunity to make any needed repairs before you are eligible for the remedies provided by these laws. The address for written notification, is in Customer Assistance Offices on page 41.

California Civil Code Section 1793.2(d) requires that, if GM or its representatives are unable to repair a new motor vehicle to conform to the vehicle's applicable express warranties after a reasonable number of attempts, GM shall either replace the new motor vehicle or reimburse the buyer the amount paid or payable by the buyer. California Civil Code Section 1793.22(b) creates a presumption that GM has had a reasonable number of attempts to conform the vehicle to its applicable express warranties if, within 18 months from delivery to the buyer or 18,000 miles on the vehicle's odometer, whichever occurs first, one or more of the following occurs:

- The same nonconformity results in a condition that is likely to cause death or serious bodily injury if the vehicle is driven AND the nonconformity has been subject to repair two or more times by GM or its agents AND the buyer or lessee has directly notified GM of the need for the repair of the nonconformity.

- The same nonconformity has been subject to repair four or more times by GM or its agents AND the buyer has notified GM of the need for the repair of the nonconformity.

- The vehicle is out of service by reason of repair nonconformities by GM or its agents for a cumulative total of more than 30 calendar days after delivery of the vehicle to the buyer.

NOTICE TO GENERAL MOTORS AS REQUIRED ABOVE SHALL BE SENT TO THE FOLLOWING ADDRESS:

General Motors LLC
P.O. Box 33170
Detroit , MI 48232-5170

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

## 40    Special Coverage Adjustment Programs Beyond the Warranty Period

Chevrolet is proud of the protection afforded by its warranty coverages. In order to achieve maximum customer satisfaction, there may be times when Chevrolet will establish a special coverage adjustment program to pay all or part of the cost of certain repairs not covered by the warranty or to reimburse certain repair expenses you may have incurred. Check with your Chevrolet dealer or call the Chevrolet Customer Assistance Center to determine whether any special coverage adjustment program is applicable to your vehicle.

When you make an inquiry, you will need to give the year, model, and mileage of your vehicle and your VIN.

Chevrolet encourages customers to call the toll-free telephone number for assistance. However, if you wish to write or e-mail Chevrolet, refer to the address below.

United States

Chevrolet Customer Assistance Center
P.O. Box 33170
Detroit, MI 48232-5170
www.Chevrolet.com

1-800-222-1020
Spark EV 855-4-SPARK-INFO
(855-477-2754).
Volt 1-877-486-5846
(1-877-4-Volt Info)
1-800-833-2438 (For Text
Telephone devices (TTYs))
Roadside Assistance:
1-800-243-8872
Spark EV/Volt 1-888-811-1926

From Puerto Rico:

1-800-496-9992 (English)
1-800-496-9993 (Spanish)

From U.S. Virgin Islands:

1-800-496-9994

Canada

Customer Care Centre,
CA1-163-005
General Motors of Canada Limited
1908 Colonel Sam Drive
Oshawa, Ontario L1H 8P7
www.gm.ca

1-800-263-3777 (English)
1-800-263-7854 (French)
1-800-263-3830 (For Text
Telephone devices (TTYs))
Roadside Assistance:
1-800-268-6800

## 42   Customer Assistance for Text Telephone (TTY) Users

To assist customers who are deaf or hard of hearing and who use Text Telephones (TTYs), Chevrolet has TTY equipment available at its Customer Assistance Center and Roadside Assistance Center.

The TTY for the Chevrolet Customer Assistance Center is:

1-800-833-2438 in the United States
1-800-263-3830 in Canada

The TTY for the Chevrolet Roadside Assistance Center is:

1-888-889-2438 in the U.S.

Chevrolet is proud to offer the response, security, and convenience of Chevrolet's 24-hour Roadside Assistance Program for a period of 5 years or 100,000 miles, whichever comes first. Consult your dealer or refer to the owner manual for details. The Chevrolet Roadside Assistance Center can be reached by calling 1-800-CHEV-USA (243-8872), Spark EV and Volt 1-888-811-1926.

Roadside Assistance is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Limited reserve the right to make any changes or discontinue the Roadside Assistance program at any time without notification.

## 44    Courtesy Transportation Program

If your vehicle requires warranty repairs during the 5 year/ 100,000 mile (8 year/100,000 miles) for the Volt, alternate transportation and/or reimbursement of certain transportation expenses may be available under the Courtesy Transportation Program. Several transportation options are available. Consult your dealer or refer to the owner manual for details.

Courtesy Transportation is not part of or included in the coverage provided by the New Vehicle Limited Warranty. General Motors and General Motors of Canada Limited reserve the right to make any changes or discontinue the Courtesy Transportation program at any time without notification.