# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JOSEPH BOSSART, ERNEST HOLGUIN, DAVID GOLDBERG, JAMES KALKSTEIN, ROBERT SMITH, CAROLE SMITH, DENNIS GLAZER, MARIANNE GLAZER, MICHAEL ROTH, RONNIE E. BARKER, RICHARD BARRINGTON, STEVEN M. CHOOKAZIAN, ERIC CZAJKA, ALFRED LUPIS, PHILIP MIRENDA, CHRISTA ROCHFORD, DERROL TURNER and TROY WILLIAMS individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>GENERAL MOTORS, LLC,<br><br>              Defendant. | Civil Action No. 2:20-cv-11057<br><br>Hon. Bernard A. Friedman<br><br>Magistrate Judge David R. Grand |

## STIPULATED ORDER OF DISMISSAL

Plaintiffs and Defendant General Motors, LLC (collectively, the "Parties") hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to a voluntary dismissal with prejudice of Plaintiffs' individual claims, and to a voluntary dismissal without prejudice of their class claims. The Parties shall bear their own attorneys' fees and costs.

THEREFORE, the Court ORDERS the dismissal of the remaining Plaintiffs.

This dismissal CLOSES the case.

SO ORDERED.


Dated: September 7, 2023                          **s/Bernard A. Friedman**
                                                  HONORABLE BERNARD A. FRIEDMAN
                                                  UNITED STATES DISTRICT JUDGE


Dated: August 31, 2023                            Respectfully submitted,

*/s/ E. Powell Miller*                            */s/ Susan M. Clare (w/consent)*
E. Powell Miller (P39487)                         Livia M. Kiser
Sharon S. Almonrode (P33938)                      **KING & SPALDING LLP**
Peter A. Muhic                                    110 N Wacker Drive, Suite 3800
Dennis A. Lienhardt, Jr. (P81118)                 Chicago, Illinois 60606
**THE MILLER LAW FIRM, P.C.**                     Tel: (312) 995 6333
950 West University Drive, Suite 300              Fax: (312) 995 6330
Rochester, MI 48307                               lkiser@kslaw.com
Tel: (248) 841-2200
epm@millerlawpc.com                               Susan M. Clare
ssa@millerlawpc.com                               Madison H. Kitchens
pm@millerlawpc.com                                Andrew J. Chinsky
dal@millerlawpc.com                               **KING & SPALDING LLP**
                                                  1180 Peachtree Street NE, Suite 1600
Tarek H. Zohdy                                    Atlanta, GA 30309
Cody R. Padgett                                   Tel: (404) 572 4600
Laura Goolsby                                     Fax: (404) 572 5100
**CAPSTONE LAW APC**                              sclare@kslaw.com
1875 Century Park East, Suite 1000                mkitchens@kslaw.com
Los Angeles, California 90067                      achinsky@kslaw.com
Tel.: (310) 556-4811
Fax: (310) 943-0396

Tarek.Zohdy@capstonelawyers.com
Cody.Padgett@capstonelawyers.com
Laura.Goolsby@capstonelawyers.com

*Attorneys for Defendant General
Motors LLC*

Russell D. Paul
Amey J. Park
Abigail J. Gertner
**BERGER MONTAGUE PC**
1818 Market Street Suite 3600
Philadelphia, PA 19103
Tel: (215) 875-3000
rpaul@bm.net
josterwise@bm.net
apark@bm.net
agertner@bm.net

Edwin J. Kilpela, Jr
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Tel: (412) 322-9243
Fax: (412) 231-0246
ekilpela@lcllp.com

Jonathan M. Jagher
Kimberly A. Justice
**FREED   KANNER   LONDON   &
MILLEN LLC**
923 Fayette Street
Conshohocken, PA 19428
Tel: (610) 234-6487
Fax: (224) 632-4521
jjagher@fklmlaw.com
kjustice@fklmlaw.com

Michael K. Yarnoff
**KEHOE LAW FIRM, P.C.**
Two Penn Center Plaza, Suite 1020
1500
JFK Boulevard

Philadelphia, Pennsylvania 19102
Tel: (215) 792-6676
Fax: (215) 792-6676
myarnoff@kehoelawfirm.com

*Attorneys for Plaintiffs and the*
*putative class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 31, 2023, I submitted the foregoing document

through the Court's CM/ECF Utilities system and thereafter served all counsel of

record.

<u>/s/ E. Powell Miller</u>
E. Powell Miller (P39487)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: (248) 841-2200
epm@millerlawpc.com